No. 887. EVARTS ET AL. *v.* JONES ET AL. C. A. 9th Cir. Certiorari denied. Petitioners *pro se.* *George R. Johnson* for respondents.

No. 890. LOUISIANA LAND & EXPLORATION Co. *v.* STATE MINERAL BOARD. C. A. 5th Cir. Certiorari denied. *Roberts C. Milling* and *Eugene D. Saunders* for petitioner.

No. 891. FISHER, EXECUTRIX, *v.* PIERCE. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioner. *Walter J. Cummings, Jr.* for respondent.

No. 894. EDWARD E. MORGAN Co., INC., ET AL. *v.* UNITED STATES FOR THE USE OF PELPHREY. C. A. 5th Cir. Certiorari denied. *William Harold Cox* for petitioners. *Robert F. Ritchie* for respondent.

No. 895. IN RE MCBRIDE. Supreme Court of Ohio. Certiorari denied. *John J. Chester* for petitioner.

No. 903. LEWIS *v.* BOKSER ET UX. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Roland J. Christy* for petitioner.

No. 905. SHAFITZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *G. Leslie Field* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.